UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DONALD WURZBACHER, | : | Case No. 1:16-cv-325 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 16); OVERRULING PLAINTIFF'S OBJECTIONS (Doc. 17); AND TERMINATING THIS CASE FROM THE DOCKET**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on August 3, 2017, submitted a Report and Recommendations. (Doc. 16). Plaintiff timely filed objections ("Objections") (Doc. 17).[1]

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does

---

[1] The Objections restate arguments presented to the Magistrate Judge in Plaintiff's Statement of Specific Errors (Doc. 10) and fail for the reasons stated in the Report and Recommendations.

determine that such Report and Recommendations should be and is hereby adopted in its entirety and Plaintiff's Objections are overruled. Accordingly:

1. The Report and Recommendations (Doc. 16) is **ADOPTED**;

2. Plaintiff's Objections (Doc. 17) are **OVERRULED**;

3. The Commissioner's decision is **AFFIRMED**; and

4. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date:     9/11/17

*Timothy S. Black*
Timothy S. Black
United States District Judge

2