**United States District Court
Southern District of Ohio
Western Division**

DONALD M. WURZBACHER,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 1:16-cv-325

Black, J.
Bowman, M.J.

**REPORT AND RECOMMENDATION**

Plaintiff Donald Wurzbacher filed this Social Security appeal in order to challenge the Defendant's finding that he is not disabled. *See* 42 U.S.C. §405(g). On September 11, 2017, the Court issued an Order affirming the Commissioner's decision that Plaintiff was not disabled. Plaintiff now asks the Court to alter or amend judgment and/or relief from judgment pursuant to Rules 59 and 60 of the Federal Rules of Civil Procedure. Plaintiff's motion is not well taken and should be denied.

The Federal Rules of Civil Procedure do not provide for a motion for reconsideration. If filed within ten days of judgment, the district court may treat the motion as one to alter or amendment judgment pursuant to Rule 59(e). *Westerfield v. United States*, 366 Fed. Appx. 614, 619 (6th Cir. 2010). A Rule 59(e) motion "may be granted to correct a clear error of law; to account for newly discovered evidence or an intervening change in the controlling law; or to otherwise prevent manifest injustice." *Id.*

Here, Plaintiff asserts that his impairments met the Listing requirements for Listing 12.05B and raises the same arguments previously raised in his statement of errors and objections to the undersigned's Report and Recommendation. Accordingly,

1

the undersigned finds that Plaintiff has not provided a basis for altering the prior judgment of the Court.

It is therefore **RECOMMENDED** that Plaintiff's motion to set aside/alter judgment (Doc. 21) be **DENIED.**

        *s/ Stephanie K. Bowman*
        Stephanie K. Bowman
        United States Magistrate Judge

United States District Court
Southern District of Ohio
Western Division

DONALD M. WURZBACHER,

    Plaintiff,

  v.

CAROLYN W. COLVIN
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 1:16-cv-325

Black, J.
Bowman, M.J.

# NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report and Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).