# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| DONALD M. WURZBACHER, | : | Case No. 1:16-cv-325 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Stephanie K. |
| COMMISSIONER OF SOCIAL | : | Bowman |
| SECURITY, | : | |
| Defendant. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 22)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with the Court and, on March 15, 2018, submitted a Report and Recommendation. (Doc. 22). Plaintiff filed an objection ("Objection"). (Doc. 23).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety and Plaintiff's Objection is overruled. Accordingly:

---

[1] Plaintiff's Objection is not well-taken. The Objection repeats arguments that were already presented to, and rejected by, the Magistrate Judge and this Court. The Objection does not set forth any argument that Plaintiff is entitled to "set aside" the Court's prior judgment, nor does it set forth any authority for the proposition that Plaintiff is entitled to relief under Rules 59 or 60 of the Federal Rules of Civil Procedure.

1. The Report and Recommendation (Doc. 22) is **ADOPTED**;

2. Plaintiff's Objection (Doc. 23) is **OVERRULED**; and

3. Plaintiff's motion to set aside judgment (Doc. 21) is **DENIED**.


**IT IS SO ORDERED.**

Date: _____ 10/23/18 _____

Timothy S. Black
United States District Judge